UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>LOS ANGELES CATHOLIC WORKER; et al.,<br><br>        Intervenors-Appellants,<br><br> v.<br><br>CITY OF LOS ANGELES, a municipal entity; et al.,<br><br>        Defendants-Appellees. | No. 22-55687<br><br>D.C. No. 2:20-cv-02291-DOC-KES<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Upon review of the record and the responses to this court's order to show cause, briefing in this appeal will proceed. In addition to all other issues the parties wish to raise in their briefs, the parties are directed to address: (1) whether this court may exercise jurisdiction over the appeal under 28 U.S.C. § 1292(a)(1), *see Carson v. American Brands, Inc.*, 450 U.S. 79, 84 (1981); *United States v. El Dorado County*, 704 F.3d 1261, 1263 (9th Cir. 2013); and (2) whether appellants have standing to appeal the challenged order.

LCC/MOATT

The opening brief and excerpts of record are due February 1, 2023. The answering briefs are due March 3, 2023. The optional reply brief is due within 21 days after service of the last-served answering brief.