UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> LOS ANGELES CATHOLIC WORKER; et al., <br><br> Intervenors - Appellants, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal entity; et al., <br><br> Defendants - Appellees. | No. 22-55687 <br><br> D.C. No. 2:20-cv-02291-DOC-KES <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

Appellants' motion (Docket Entry No. 10) for an extension of time to file the opening brief is granted. The appellants' opening brief is due May 2, 2023; appellees' answering brief is due June 1, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7